| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **COMFORT CARE, LLC.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265** | | **Revolving Charge Card** | | | | **$31,014.15** |
| **American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265** | | **Revolving Charge Card** | | | | **$15,568.99** |
| **Bank of America**<br>**P.O. Box 982230**<br>**El Paso, TX 79998** | | **Phone Bill** | | | | **$14,826.07** |
| **CBE Group**<br>**1309 Tech Parkway**<br>**Cedar Falls, IA 50613** | | **Alleged Medicare Overpay** | **Disputed** | | | **$46,700.22** |
| **Charlsetta Johnson**<br>**100 N. Ohio**<br>**POB 67**<br>**Ullin, IL 62992** | | **Pay Roll Earnings** | | | | **$22,100.00** |
| **Christian Davis**<br>**9427 S Calumet**<br>**Chicago, IL 60619** | | **Pay Roll Earnings** | | | | **$68,500.00** |
| **Citi Bank**<br>**P.O. Box 9001030**<br>**Louisville, KY 40290** | | **Revolving Charge Card** | | | | **$7,841.00** |
| **Cook County Treasurer's Office**<br>**118 N Clark**<br>**Suite 112**<br>**Chicago, IL 60602** | | **First Installment 2018 thru First Installment 2020 Real Estsate Taxes** | | | | **$29,690.85** |
| **Distinctive Threrapy Services**<br>**126 Circle Ridge Drive**<br>**Willowbrook, IL 60527** | | | | | | **$15,000.00** |

Debtor **COMFORT CARE, LLC.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service**  P.O. Box 7346  Philadelphia, PA 19101 | | **2014 Income Taxes** | | | | $14,000.00 |
| **Invigor 8 Therapy**  16430 Christopher Dr.  Lemont, IL 60439 | | **Service Vendor** | | | | $22,800.00 |
| **Medicare**  2300 Springfield Dr  Camden, SC 29020 | | **Alleged Medicare Overpay** | **Disputed** | | | $3,722,472.00 |
| **Mohamed Elsyed**  14200 S. 88th Ave.  Orland Park, IL 60462 | | **Service Vendor** | | | | $8,400.00 |
| **SBA PPP**  409 3rd St S.W.  Washington, DC 20416 | | **EOID: COVID -19 Asst** | | | | $150,000.00 |
| **SBA PPP**  409 3rd St S.W.  Washington, DC 20416 | | **Debtor anticipates loan will be foregiven under COVID-19 Rules** | | | | $97,714.00 |
| **Trina Brumfield**  8739 S. Hermitage  Chicago, IL 60620 | | **Pay Roll Earnings** | | | | $8,440.00 |
| **U.S. Treasury**  1500 Pennsylvania Ave., NW  Washington, DC 20220 | | **Alleged Medicare Overpay** | **Disputed** | | | $122,800.00 |
| **United Fedelithy Mortgage**  1701 W. 87th Street  Chicago, IL 60620 | | | | $92,936.60 | $0.00 | $92,936.60 |
| **United Fedelity (SBA)** | | **SBA PPP Loan** | | | | $97,917.00 |
| **United Fidelity Mortage**  1701  W. 87th Street  Chicago, IL 60620 | | **Equity Line** | | $32,049.98 | $0.00 | $32,049.98 |